NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## UNIVERSITY OF PITTSBURGH OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION (DOING BUSINESS AS UNIVERSITY OF PITTSBURGH),

*Plaintiff-Appellee,*

v.

## VARIAN MEDICAL SYSTEMS, INC.,

*Defendant-Appellant.*

---

2012-1575

---

Appeal from the United States District Court for the Western District of Pennsylvania in case no. 08-CV-1307, Judge Arthur J. Schwab.

---

ON MOTION

---

ORDER

Varian Medical Systems, Inc. moves without opposition for a one-month extension of time, until December 3, 2012, to file its principal brief.

UNIVERSITY OF PITTSBURGH V. VARIAN MEDICAL SYSTEMS        2

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s21